KJG

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) Case No. | 19-2251 JMC |
| | ) | |
| Darryl Albert Varnum | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 26, 2019__ in the county of __Carroll__ in the __District of__ __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(A) | Threatening An Official |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Sean Wilson, Special Agent U.S. Capital Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/5/19

_____
Judge's signature

City and state: Baltimore, Maryland

J. Mark Coulson, U.S. Magistrate Judge
*Printed name and title*

FILED
LOGGED
ENTERED
RECEIVED
JUL 05 2019
BY CLERK, AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY