IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   CRIMINAL NO. 19-2251 JMC |
| DARRYL ALBERT VARNUM, | *   **UNDER SEAL** |
| Defendant | * |

\*\*\*\*\*\*\*

## MOTION TO SEAL CRIMINAL COMPLAINT
## AND SUPPORTING AFFIDAVIT

The United States of America, by its undersigned attorneys, for the following reasons, moves this Honorable Court to order and direct that the Criminal Complaint and supporting Affidavit in the above-captioned case should be **SEALED**, and should not appear on the public docket or otherwise be known to the public at this time.

In support of this motion, the government submits that the criminal investigation is ongoing and that the target is not aware of the existence of the investigation. Any premature disclosure of the Criminal Complaint or the supporting affidavit could endanger federal agents and compromise the ongoing federal investigation.

WHEREFORE, the government respectfully requests that the Criminal Complaint and the affidavit in support of thereof, together with this motion and the Court's reasons for sealing, if made express in the order, be placed under seal until further of this Court.

Respectfully submitted,

Robert K. Hur
United States Attorney

_____
Kathleen O. Gavin
Assistant United States Attorney

ENTERED
FILED _____ RECEIVED
LOGGED _____

JUL 05 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY