**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

RECEIVED
2019 JUL -8 P 4: 01

**UNITED STATES OF AMERICA**

*

**vs.** **Case No. 19-2251JMC**

*

**DARRYL VARNUM**

*

******

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for Wed., Jul. 10, 2019 *(date)* at 11:45 a.m *(time)* before Beth P. Gesner, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom 7B.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (____________________________) (Other Custodial Official) and produced for the hearing.

July 8, 2019
Date

Beth P. Gesner
United States Magistrate Judge