===================================================================

# *UNITED STATES DISTRICT COURT*
-------------- DISTRICT OF MARYLAND --------------

APPEARANCE

UNITED STATES OF AMERICA

v.                              CASE NUMBER: JMC-19-2251

DARRYL A. VARNUM

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Darryl A. Varnum. I certify that I am admitted to practice in this court.

Date: July 15, 2019

                                              /s/
                                   BRENDAN HURSON, #28179
                                   Assistant Federal Public Defender
                                   100 South Charles Street
                                   Tower II - 9TH Floor
                                   Baltimore, Maryland 21201
                                   Phone: (410) 962-3962
                                   Fax: (410) 962-0872
                                   Email: brendan_hurson@fd.org